IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL ACTION NO. 1:19-CV-00241-KDB

| | |
|---|---|
| MARLENE RENEE PEARSON, | |
| Plaintiff, | |
| v. | ORDER |
| ANDREW M. SAUL, Commissioner of Social Security, | |
| Defendant. | |

Upon stipulation of the parties, it is hereby **ORDERED** that Defendant will pay Plaintiff $1,600.00 in attorney's fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Christopher S. Stepp, and mailed to his office at 112 South Main Street, Hendersonville, North Carolina 28792, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**IT IS FURTHER ORDERED** that Plaintiff shall be paid $421.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

**SO ORDERED.**

Signed: May 14, 2020

Kenneth D. Bell
United States District Judge